**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Northern District of Illinois

Case number (*if known*): _____

Chapter you are filing under:
- ☒ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

NOV 15 2016

JEFFREY P. ALLSTEADT, CLERK

☐ Check if this is an amended filing

## Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy   12/15

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | ANTHONY<br>First name<br><br>Middle name<br><br>HOANG<br>Last name<br><br>Suffix (Sr., Jr., II, III) | N/A<br>First name<br><br>Middle name<br><br>Last name<br><br>Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br><br>Include your married or maiden names. | First name<br><br>Middle name<br><br>Last name<br><br>First name<br><br>Middle name<br><br>Last name | N/A<br>First name<br><br>Middle name<br><br>Last name<br><br>First name<br><br>Middle name<br><br>Last name |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – 2 3 0 2<br>OR<br>9 xx – xx – ____ ____ ____ | xxx – xx – ____ ____ ____ ____<br>OR<br>9 xx – xx – ____ ____ ____ |

Debtor 1  *ANTHONY    HOANG*
First Name    Middle Name    Last Name

Case number *(if known)*_____

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years** <br><br> Include trade names and *doing business as* names | ☒ I have not used any business names or EINs. <br><br> _____ <br> Business name <br><br> _____ <br> Business name <br><br> EIN ___ – ___ ___ ___ ___ ___ ___ <br><br> EIN ___ – ___ ___ ___ ___ ___ ___ | ☐ I have not used any business names or EINs. <br><br> _____ <br> Business name <br><br> _____ <br> Business name <br><br> EIN ___ – ___ ___ ___ ___ ___ ___ <br><br> EIN ___ – ___ ___ ___ ___ ___ ___ |
| **5. Where you live** | 2454 W. Gunnison St. <br> Number    Street <br><br> _____ <br><br> Chicago, IL 60625 <br> City    State    ZIP Code <br><br> COOK <br> County <br><br> **If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address. <br><br> _____ <br> Number    Street <br><br> _____ <br> P.O. Box <br><br> _____ <br> City    State    ZIP Code | **If Debtor 2 lives at a different address:** <br><br> _____ <br> Number    Street <br><br> _____ <br><br> _____ <br> City    State    ZIP Code <br><br> _____ <br> County <br><br> **If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address. <br><br> _____ <br> Number    Street <br><br> _____ <br> P.O. Box <br><br> _____ <br> City    State    ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:* <br><br> ☒ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. <br><br> ☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) <br> _____ <br> _____ <br> _____ | *Check one:* <br><br> ☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. <br><br> ☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) <br> _____ <br> _____ <br> _____ |

Debtor 1 _ANTHONY_____ _HOANG_____     Case number (if known)_____
          First Name   Middle Name   Last Name

---

| Part 2: | Tell the Court About Your Bankruptcy Case |

**7. The chapter of the Bankruptcy Code you are choosing to file under**

Check one. (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

☒ Chapter 7

❑ Chapter 11

❑ Chapter 12

❑ Chapter 13

**8. How you will pay the fee**

❑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☒ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

❑ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☒ No

❑ Yes.  District _____ When _____ Case number _____
                                        MM / DD / YYYY

        District _____ When _____ Case number _____
                                        MM / DD / YYYY

        District _____ When _____ Case number _____
                                        MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☒ No

❑ Yes.  Debtor _____ Relationship to you _____

        District _____ When _____ Case number, if known_____
                                        MM / DD / YYYY

        Debtor _____ Relationship to you _____

        District _____ When _____ Case number, if known_____
                                        MM / DD / YYYY

**11. Do you rent your residence?**

❑ No.  Go to line 12.

☒ Yes.  Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?

        ☒ No. Go to line 12.

        ❑ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

---

Debtor 1    ANTHONY          HOANG                                    Case number (if known)_____
First Name    Middle Name    Last Name

## Part 3:    Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☒ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number        Street

_____

_____
City                                State        ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☒ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

## Part 4:    Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☒ No

☐ Yes. What is the hazard?    _____

_____

If immediate attention is needed, why is it needed? _____

_____

Where is the property?    _____
Number        Street

_____

_____
City                                State        ZIP Code

Debtor 1    ANTHONY    HOANG
         First Name    Middle Name    Last Name

Case number (if known)_____

---

## Part 5:   Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☒ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**   I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**   My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**   I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**   I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**   My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**   I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

---

Debtor 1    ANTHONY    HOANG                                    Case number (if known)_____
            First Name    Middle Name    Last Name

| **Part 6:** | **Answer These Questions for Reporting Purposes** |

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.
☒ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.

_____

**17. Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ No.  I am not filing under Chapter 7. Go to line 18.

☒ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☒ No
☐ Yes

**18. How many creditors do you estimate that you owe?**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☒ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☒ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

| **Part 7:** | **Sign Below** |

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**✗** *A. Hoang Ce*                                  **✗** _____
Signature of Debtor 1                                   Signature of Debtor 2

Executed on  11 / 15 / 2016                            Executed on _____
             MM / DD / YYYY                                         MM / DD / YYYY

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re:  HOANG , ANTHONY                )
                                       )
                                       )
                                       )        Case No.
                                       )
        Debtor (s)  HOANG , ANTHONY     )        Chapter  7
                                       )
                                       )

List of Creditors

| | |
|---|---|
| Devry University<br>Student Loan /Student Account<br>3300 N. Campbell Ave.<br>Chicago , IL  60618<br>(773) 929 - 8500 | Spirit Air<br>Spirit Airlines<br>2800 Executive Way<br>Miramar, FL 33025<br>(800) 772 - 7117 |
| Chase Bank<br>Card Services<br>P.O. Box 15298<br>Wilmington, DE  19850 | Credit One Bank<br>P.O. Box 98873<br>Las Vegas , NV.<br>89193 - 8873 | Credit One Bank<br>Payment Services<br>P.O. Box 60500<br>City of Industry , CA<br>91716 - 0500<br>(888) 729 - 6274 |
| Citi Bank<br>Citibank Customer Service<br>P.O. Box  6500<br>Sioux Falls, SD 57117   Citibank<br>P.O. Box 790015<br>St. Louis,<br>MO 63179 | Bank of America  Card Holder Services<br>Bank of America<br>B.O. Box 8488<br>Gray, TN 37615 - 8488<br>(866) 213 - 8564 |
| Best Buy / CBNA<br>Best Buy Corporate Customer  Service<br>P.O. Box 9312<br>Minneapolis, MN 55440<br>(888) 237 - 8289 | Discovery  Card<br>Customer Service<br>Discover Financial Services<br>P.O. Box 30943<br>Salt Lake City , UT<br>84130 - 0943 | Discover Financial Services<br>P.O. Box 6103<br>Carol Stream, IL<br>60197 - 6103<br>(800) 347-2683 |
| Financial One<br>Main Office<br>843 40th Ave , NE<br>Columbia Heights , MN 55421<br>(763) 404 - 7600 | American Express<br>P.O. Box 981540<br>El Paso, TX 79998 - 1540<br>(800) 528 - 4800 |

Debtor/Joint Debtor's Name:   HOANG , ANTHONY

| | |
|---|---|
| VISA<br>Visa Inc.<br>P.O. Box 8999<br>San Francisco, CA<br>94128 - 8999      (800) VISA - 911 | AMEX / DSNB   # 349991712150 xxxx   AMEX<br>P.O. Box 17759      # 11000<br>Clearwater, FL   33762 - 0759<br>AMEX/DSNB # 300   377481175 29 xxxx |
| Indianapolis Federal Court<br>Birch Bayh Federal Building<br>and US Court house<br>46 East Ohio Street<br>Indianapolis, IN 46204  (317) 229-3400 | KROSS, LIEBMAN & STONE, INC.<br>137 Trans Air Dr.<br>Morrisville, NC 27560 - 7211<br>(919) 861 - 2400 |
| Newark N.J. Court<br>U.S. District Court, District of New Jersey<br>Martin Luther King Building, + US Courthouse<br>50 Walnut Street, Room 4015<br>Newark, NJ 07101   (973) 645-3730 | ONE MAIN FINANCIAL<br>6801 Colwell Blvd<br>Attn: C/S Care Dept<br>Irving, TX 75039 - 3198<br>(800) 922 - 6235 |
| Jeanne Rappold<br>2207 S. Mobile Way<br>Aurora, CO 80013<br>(310) 382 - 4977 | American Express<br>P.O. Box 981537<br>El Paso, TX 79998 - 1537<br>(800) 874 - 2717 |
| One Main Financial<br>One Main Financial Customer Care<br>NTBS - 2320<br>6801 Colwell Blvd.<br>Irving, TX 75039   (877) 550 - 6246 | Bank of America<br>P.O. Box 982235<br>El Paso, TX 79998 - 2235 |
| Barclays Bank Delaware<br>General Correspondence, Card Services<br>P.O. Box 8801,      $ 3500<br># 00018086120 xxx<br>Wilmington, DE 19899 - 8801<br>(888) 232 - 0780 | Barclays Bank Delaware<br>P.O. Box 8803<br>Wilmington, DE 19899 - 8803<br>(866) 370 - 5931 |
| Chase Card<br>National Bank by Mail<br>P.O. Box 36520<br>Louisville, KY 40233 - 6520<br>(800) 432 - 3117 | Best Buy / CBNA<br>P.O. Box 6497<br>Sioux Falls, SD 57117 - 6497 |
| Citi Cards CBNA<br>Citibank Client Services<br>Citi Inquiries : 100 Citibank Drive<br>San Antonio, TX 78245 | Chase Card<br>P.O. Box 15298<br>Wilmington, DE 19850 - 5298<br>(800) 432 - 3117 |
| One Main Financial<br>Corporate Office Headquarters<br>300 St. Paul Place<br>Baltimore, MD 21202<br>(410) 332 - 3000 | Citi Cards CBNA<br>P.O. Box 6241<br>168 Cdv Disputes<br>Sioux Falls, SD 57117 - 6241<br>(800) 950 - 5114 |

Debtor/Joint Debtor's Name:   HOANG , ANTHONY

| | |
|---|---|
| Credit One Bank<br>P.O. Box 98873<br>Las Vegas, NV  98193 - 8873 | Chase Bank USA, N.A.<br>acct # 4499<br>$ 5413.36<br>(800) 354 - 4108<br>United Collection Bureau, Inc<br>P.O. Box 1418<br>Maumee, OH 43537 |
| GECRB / BANANA REP DC<br>P.O. Box 965005<br>Orlando, FL 32896 - 5005 | One Main<br># 67430902 - 0364954<br>$ 6728.57<br>P.O. Box 70912, Charlotte NC 28272<br>One Main Financial<br>P.O. Box 9001122<br>Louisville, KY 40290 -1122 |
| MACYS DSNB<br>P.O. Box 8218<br>Mason, OH  45040 - 8218<br>(800) 627 - 2909 | Citibank, N.A. / Best Buy Credit Card<br># TPA 5 422584    # 2122<br>$ 1830.02    P.O. Box 6403, Sioux Falls, SD<br>Credit Control, LLC  P.O. Box 31179<br>Tampa, FL 33631 - 3179<br>Northland Group Inc.<br>P.O. Box 390905<br>Minneapolis, MN 55439<br>5714 |
| | Chase Bank<br>P.O. Box 659732<br>San Antonio, TX 78265<br># 2988 |
| | Credit One Bank N.A. / PYOD LLC<br># 1693   # 602.74<br>JCC / J.C. Christensen & Associates, Inc.<br>P.O. Box 519, Sauk Rapids, MN 56379 |
| U.S. Attorney Indiana - Southern<br>Financial Litigation Unit, Suite 200<br>Indianapolis, In 46204 - 3048<br># INS 1996A16298001 | Chase Bank<br># 2988    # 639.54<br>P.O. Box 659732<br>San Antonio, TX 78265 |
| Carolina Fitness - 554<br># 824   $ 325<br>Net Collections<br>2774 N. Cobb Pkwy Ste 109 # 181<br>Kennesaw, GA 30152 - 3469 | Chase Bank USA, N.A. / Client Services, Inc.<br># 4499   $ 5413.36<br>3451 Harry S. Truman BLVD<br>St. Charles, MO 63301 - 4047 |
| Citibank / Choice<br># 6457<br>P.O. Box 688901<br>Des Moines, IA 50368 - 8901 | Citibank, N.A.<br># 27288265 — # 6457 - # 3668.12<br>Alliance One Receivables Management, Inc<br>P.O. Box 3107<br>South Eastern, PA 19398 - 3107 |
| Bank of America, N.A.<br># 4785<br>P.O. Box 982236<br>El Paso, TX 79998 - 2236 | Credit One Bank<br># 1693   # 602.74<br>PYOD, LLC<br>P.O. Box 10497<br>Greenville, SC 29603 |

P.O. Box 15019
Wilmington, DE 19850 - 5019

Debtor 1 _____ ANTHONY   HOANG _____

Debtor 1   ANTHONY   HOANG          Case number (if known)_____
First Name   Middle Name   Last Name

---

**For you if you are filing this bankruptcy without an attorney**

**If you are represented by an attorney, you do not need to file this page.**

The law allows you, as an individual, to represent yourself in bankruptcy court, but **you should understand that many people find it extremely difficult to represent themselves successfully. Because bankruptcy has long-term financial and legal consequences, you are strongly urged to hire a qualified attorney.**

To be successful, you must correctly file and handle your bankruptcy case. The rules are very technical, and a mistake or inaction may affect your rights. For example, your case may be dismissed because you did not file a required document, pay a fee on time, attend a meeting or hearing, or cooperate with the court, case trustee, U.S. trustee, bankruptcy administrator, or audit firm if your case is selected for audit. If that happens, you could lose your right to file another case, or you may lose protections, including the benefit of the automatic stay.

You must list all your property and debts in the schedules that you are required to file with the court. Even if you plan to pay a particular debt outside of your bankruptcy, you must list that debt in your schedules. If you do not list a debt, the debt may not be discharged. If you do not list property or properly claim it as exempt, you may not be able to keep the property. The judge can also deny you a discharge of all your debts if you do something dishonest in your bankruptcy case, such as destroying or hiding property, falsifying records, or lying. Individual bankruptcy cases are randomly audited to determine if debtors have been accurate, truthful, and complete. **Bankruptcy fraud is a serious crime; you could be fined and imprisoned.**

If you decide to file without an attorney, the court expects you to follow the rules as if you had hired an attorney. The court will not treat you differently because you are filing for yourself. To be successful, you must be familiar with the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the local rules of the court in which your case is filed. You must also be familiar with any state exemption laws that apply.

Are you aware that filing for bankruptcy is a serious action with long-term financial and legal consequences?

☐ No
☒ Yes

Are you aware that bankruptcy fraud is a serious crime and that if your bankruptcy forms are inaccurate or incomplete, you could be fined or imprisoned?

☐ No
☒ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out your bankruptcy forms?

☒ No
☐ Yes. Name of Person_____.
Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

By signing here, I acknowledge that I understand the risks involved in filing without an attorney. I have read and understood this notice, and I am aware that filing a bankruptcy case without an attorney may cause me to lose my rights or property if I do not properly handle the case.

X _Q. Hoang_____      X _____
Signature of Debtor 1                 Signature of Debtor 2

Date   11 / 15 / 2016           Date   _____
     MM / DD / YYYY                    MM / DD / YYYY

Contact phone   (773) 878 - 1208     Contact phone   _____

Cell phone   _____        Cell phone   _____

Email address   _avxdhoang@yahoo.com_   Email address   _____

---